UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NUNO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　　　Defendant. | Case No.: 1:22-cv-00647-BAK (BAM) (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT UPDATED INMATE TRUST ACCOUNT STATEMENT**<br><br>**30-DAY DEADLINE** |

　　　　Plaintiff is a pretrial detainee proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed a motion to proceed *in forma pauperis* (IFP) on May 31, 2022. (Doc. 2.) The certified section of the application for IFP is signed by an authorized officer of the Tulare County Sheriff's Department and dated November 18, 2021. (*Id*. at 2.) It reflects a balance of $1.23. (*Id*.) Additionally, the attached "Inmate Banking Entry" form provides information for the period between May 9, 2021 and November 9, 2021, for Plaintiff's inmate account, reflecting a balance of 0.05 as of September 20, 2021, and an average monthly balance of 0.01. (*Id*. at 3.) It is signed by 'Kelly Rigby, Accountant II" and dated November 16, 2021. (*Id*.) Plaintiff's handwritten note on this page states, in relevant part: "I requested an updated printout of my banking entry and I was denied such." (*Id*.)

The Court cannot make a determination concerning Plaintiff's IFP application without updated inmate trust account information. The information presently before the Court is outdated and not relevant to Plaintiff's current status for purposes of an indigency determination. As a result, Plaintiff will be directed to provide the Court with updated inmate trust account documentation for the six-month period preceding the filing of his complaint, i.e., information for the period between approximately December 1, 2021 and May 31, 2022.

Accordingly, **IT IS ORDERED** that Plaintiff submit updated inmate trust account information to this Court within 30 days from the date of service of this order. **Plaintiff is advised that a failure to obey court orders may result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated:   **June 3, 2022**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE