UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NUNO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-0647 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br><br>(Doc. 16) |

Luis Nuno is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. On January 5, 2023, the assigned magistrate judge determined Plaintiff failed to prosecute this action and failed to comply with the Local Rules, which require him to keep the Court apprised of a current mailing address. (Doc. 16 at 2-4.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 4.)

The Findings and Recommendations were served at the only address known to the Court on January 5, 2023, and Plaintiff was granted fourteen days from the date of service to file any objections to the Findings and Recommendations. (*See* Doc. 16 at 4.) However, the Findings and Recommendations were also returned to the Court as undeliverable on January 20, 2023. To date, no objections have been filed, and Plaintiff has not filed a notice of change of address.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire action, the Court concludes the Findings and Recommendations

1

are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 5, 2023 (Doc. 16) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __January 24, 2023__

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

2